GREER *v.* BETO, CORRECTIONS DIRECTOR.

No. 720, Misc.   Decided May 23, 1966.

*William E. Gray* for petitioner.

*Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is reversed.   *Gideon* v. *Wainwright,* 372 U. S. 335; *Doughty* v. *Maxwell,* 376 U. S. 202; see *Garner* v. *Pennsylvania,* 372 U. S. 768; *United States ex rel. Durocher* v. *LaVallee,* 330 F. 2d 303 (C. A. 2d Cir.).

MR. JUSTICE HARLAN would set the case for argument, believing that the retroactivity of *Gideon* v. *Wainwright,* 372 U. S. 335, as applied in a recidivist case, presents problems of its own that are deserving of plenary consideration.